# EXHIBIT A

| | All | | | Pro ▼ | IMDb Apps | Help |

IMDb

Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist ▼ | | Login ▼



**Dallas Buyers Club** (2013)   Edit
## Awards



Showing all 45 wins and 30 nominations

### Academy Awards, USA 2014

| | |
|---|---|
| **Won** Oscar | Best Performance by an Actor in a Leading Role<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role<br>Jared Leto<br><br>Best Achievement in Makeup and Hairstyling<br>Adruitha Lee<br>Robin Mathews |
| **Nominated** Oscar | Best Motion Picture of the Year<br>Robbie Brenner<br>Rachel Winter<br><br>Best Achievement in Film Editing<br>Jean-Marc Vallée<br>Martin Pensa<br><br>Best Writing, Original Screenplay<br>Craig Borten<br>Melisa Wallack |

### Golden Globes, USA 2014

| | |
|---|---|
| **Won** Golden Globe | Best Performance by an Actor in a Motion Picture - Drama<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role in a Motion Picture<br>Jared Leto |

### Screen Actors Guild Awards 2014

| | |
|---|---|
| **Won** Actor | Outstanding Performance by a Male Actor in a Leading Role<br>Matthew McConaughey<br><br>Outstanding Performance by a Male Actor in a Supporting Role<br>Jared Leto |
| **Nominated** Actor | Outstanding Performance by a Cast in a Motion Picture<br>Jennifer Garner |

**Dallas Buyers Club**

**Opinion**
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:

Like  37,276 people like this. Sign Up to see what your friends like.

**User Lists**  Create a list »
Related lists from IMDb users

NicoAllMeMovies
a list of 2543 titles created 02 Dec 2011

2013
a list of 31 titles created 2 months ago

Matthew McConaughey
Jared Leto
Denis O'Hare
Dallas Roberts
Steve Zahn

### Austin Film Critics Association 2013

**Won**
Austin Film Critics Award

Best Supporting Actor
Jared Leto

**Nominated**
Austin Film Critics Award

Best Film

### Australian Film Institute 2014

**Nominated**
AACTA International Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Boston Society of Film Critics Awards 2013

**Nominated**
BSFC Award

Best Supporting Actor
Jared Leto
(Ex aequo)

### Broadcast Film Critics Association Awards 2014

**Won**
Critics Choice Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
Critics Choice Award

Best Picture

### Central Ohio Film Critics Association 2014

**Won**
COFCA Award

Actor of the Year
Matthew McConaughey
For Mud and The Wolf of Wall Street

**2nd place**
COFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Chicago Film Critics Association Awards 2013

**Won**
CFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
CFCA Award

Best Actor
Matthew McConaughey

### Chlotrudis Awards 2014

**Nominated**
Chlotrudis Award

Best Supporting Actor
Jared Leto

### Costume Designers Guild Awards 2014

**Nominated**
CDG Award

Excellence in Period Film
Kurt and Bart


The Best movies that I've seen in 2013-2014
a list of 37 titles created
1 month ago


The 25 best movies of 2013
a list of 25 titles created
1 month ago


All Time Greatest...
a list of 21 titles created
3 weeks ago

See all related lists »

### Dallas-Fort Worth Film Critics Association Awards 2013

| | | |
|---|---|---|
| **Won** DFWFCA Award | Best Actor | Matthew McConaughey |
| | Best Supporting Actor | Jared Leto |
| **Nominated** DFWFCA Award | Best Picture | |

### Florida Film Critics Circle Awards 2013

| | | |
|---|---|---|
| **Won** FFCC Award | Best Supporting Actor | Jared Leto |

### Golden Camera, Germany 2014

| | | |
|---|---|---|
| **Won** Golden Camera | Best International Actor | Matthew McConaughey |

### Gotham Awards 2013

| | | |
|---|---|---|
| **Won** Best Actor | | Matthew McConaughey |

### Hollywood Film Festival 2013

| | | |
|---|---|---|
| **Won** Hollywood Breakthrough Award | Breakthrough Actor | Jared Leto |
| **Won** Hollywood Film Award | Actor of the Year | Matthew McConaughey |

### Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

| | | |
|---|---|---|
| **Won** Hollywood Makeup Artist and Hair Stylist Guild Award | Best Period and/or Character Makeup - Feature Films | Robin Mathews |

### Image Awards 2014

| | |
|---|---|
| **Nominated** Image Award | Outstanding Independent Motion Picture |

### Independent Spirit Awards 2014

| | | |
|---|---|---|
| **Nominated** Independent Spirit Award | Best Male Lead | Matthew McConaughey |
| | Best Supporting Male | Jared Leto |

### Las Vegas Film Critics Society Awards 2013

| | | |
|---|---|---|
| **Won** Sierra Award | Best Actor | Matthew McConaughey |
| | Best Supporting Actor | Jared Leto |
| **2nd place** Sierra Award | Best Picture | |

### London Critics Circle Film Awards 2014

| Nominated | Supporting Actor of the Year |
| --- | --- |
| ALFS Award | Jared Leto |

### Los Angeles Film Critics Association Awards 2013

| Won | Best Supporting Actor |
| --- | --- |
| LAFCA Award | Jared Leto |
| | Tied with James Franco for Spring Breakers (2012). |

### National Board of Review, USA 2013

| Won | Top Ten Independent Films |
| --- | --- |
| NBR Award | |

### National Society of Film Critics Awards, USA 2014

| 2nd place | Best Supporting Actor |
| --- | --- |
| NSFC Award | Jared Leto |

### New York Film Critics Circle Awards 2013

| Won | Best Supporting Actor |
| --- | --- |
| NYFCC Award | Jared Leto |

### Online Film Critics Society Awards 2014

| Nominated | Best Supporting Actor |
| --- | --- |
| OFCS Award | Jared Leto |

### PGA Awards 2014

| Nominated | Outstanding Producer of Theatrical Motion Pictures |
| --- | --- |
| PGA Award | Robbie Brenner |
| | Rachel Winter |

### Palm Springs International Film Festival 2014

| Won | Matthew McConaughey |
| --- | --- |
| Desert Palm Achievement Award | |

### Phoenix Film Critics Society Awards 2013

| | Best Actor in a Leading Role |
| --- | --- |
| Won | Matthew McConaughey |
| PFCS Award | |
| | Best Actor in a Supporting Role |
| | Jared Leto |
| Nominated | Best Picture |
| PFCS Award | |

### Rome Film Fest 2013

| Won | |
| --- | --- |
| Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award | Yves Bélanger |
| Won | Jean-Marc Vallée |
| Audience Award | |
| Won | Matthew McConaughey |
| Best Actor | |
| Won | Jean-Marc Vallée |
| Golden Butterfly | |
| | Jean-Marc Vallée |

**Nominated**
Golden Marc'Aurelio Award

### San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award

Best Supporting Actor
Jared Leto

**Nominated**
SDFCS Award

Best Actor
Matthew McConaughey

### San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### San Sebastián International Film Festival 2013

**Won**
Sebastiane Award

Jean-Marc Vallée

### Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award

Jared Leto

### Satellite Awards 2013

**Nominated**
Satellite Award

Best Actor in a Motion Picture
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

### Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award

Best Supporting Actor
Jared Leto

**2nd place**
SEFCA Award

Best Actor
Matthew McConaughey

**Nominated**
SEFCA Award

Best Picture

### Toronto Film Critics Association Awards 2014

**Won**
TFCA Award

Best Supporting Actor
Jared Leto

**3rd place**
TFCA Award

Best Actor
Matthew McConaughey

### Vancouver Film Critics Circle 2014

**Won**
VFCC Award

Best Supporting Actor
Jared Leto

**Nominated**
VFCC Award

Best Actor
Matthew McConaughey

### Washington DC Area Film Critics Association Awards 2013

**Won**
WAFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
WAFCA Award

Best Actor
Matthew McConaughey

## Writers Guild of America, USA 2014

**Nominated**
WGA Award (Screen)

Best Original Screenplay
Craig Borten (written by)
Melisa Wallack (written by)

## See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

## Contribute to This Page

Getting Started | Contributor Zone »

[Edit page]

## Recently Viewed

Manage your history



---

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An        company.

Amazon Affiliates

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-873-195**

Effective date of registration:
November 13, 2013

## Title
**Title of Work:** Dallas Buyers Club

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** November 1, 2013   **Nation of 1st Publication:** United States
**Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Dallas Buyers Club, LLC
2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** TXu 1-835-443   2012
**New material included in claim:** all other cinematographic material

## Certification
**Name:** Carly Seabrook
**Date:** November 1, 2013

**Registration #:** PA0001873195
**Service Request #:** 1-1005221967

Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 98.228.27.243 | 1/4/14 01:07:02 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Berwyn |
| 2 | 50.151.255.224 | 1/4/14 01:20:10 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Harvey |
| 3 | 24.12.0.206 | 1/4/14 01:38:15 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 4 | 50.141.225.33 | 1/4/14 01:55:36 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 5 | 98.212.3.49 | 1/4/14 02:12:32 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 6 | 67.184.254.36 | 1/4/14 03:03:52 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 7 | 24.1.188.245 | 1/4/14 03:15:17 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 8 | 50.172.27.217 | 1/4/14 03:15:31 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 9 | 76.29.11.200 | 1/4/14 04:52:35 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Lincolnwood |
| 10 | 67.174.22.191 | 1/4/14 08:33:36 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Round Lake |
| 11 | 67.173.137.121 | 1/4/14 08:49:38 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 12 | 50.151.193.128 | 1/4/14 09:17:09 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 13 | 24.13.142.72 | 1/4/14 09:32:31 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 14 | 71.239.72.205 | 1/4/14 09:47:20 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 15 | 50.129.35.163 | 1/4/14 09:58:57 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Lisle |
| 16 | 50.178.100.66 | 1/4/14 01:02:20 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | South Holland |
| 17 | 50.129.64.238 | 1/4/14 01:06:24 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Rockford |
| 18 | 76.16.130.65 | 1/4/14 01:19:31 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Des Plaines |
| 19 | 98.227.116.72 | 1/4/14 01:55:37 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 20 | 24.14.126.62 | 1/4/14 02:25:04 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Naperville |
| 21 | 71.194.163.88 | 1/4/14 02:46:56 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 22 | 71.228.20.145 | 1/4/14 02:56:27 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Montgomery |
| 23 | 69.245.206.24 | 1/4/14 02:58:13 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 24 | 50.158.162.95 | 1/4/14 03:30:03 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 25 | 67.162.117.157 | 1/4/14 03:44:45 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Plainfield |
| 26 | 67.173.56.21 | 1/4/14 03:53:51 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Sterling |
| 27 | 69.245.192.53 | 1/4/14 04:11:28 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 28 | 71.239.72.135 | 1/4/14 04:13:18 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 29 | 98.253.238.15 | 1/4/14 04:36:40 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Park Ridge |
| 30 | 69.245.206.44 | 1/4/14 04:39:22 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 31 | 69.246.231.28 | 1/4/14 04:42:29 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Channahon |
| 32 | 50.165.88.94 | 1/4/14 04:46:31 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Rockford |
| 33 | 50.178.110.213 | 1/4/14 04:47:24 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | River Grove |
| 34 | 76.16.42.178 | 1/4/14 05:26:17 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Des Plaines |
| 35 | 67.184.23.169 | 1/4/14 05:40:14 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Saint Charles |
| 36 | 24.13.201.232 | 1/4/14 05:44:26 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Vernon Hills |
| 37 | 71.239.148.119 | 1/4/14 06:05:46 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Woodridge |
| 38 | 98.212.109.153 | 1/4/14 06:19:31 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 39 | 98.227.95.96 | 1/4/14 06:20:55 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | University Park |
| 40 | 67.176.137.170 | 1/4/14 06:59:58 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Alsip |
| 41 | 50.158.65.33 | 1/4/14 07:03:26 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 42 | 98.227.140.119 | 1/4/14 08:16:24 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 43 | 69.47.200.207 | 1/4/14 08:28:15 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | WideOpenWest | Illinois | Chicago |
| 44 | 67.175.72.191 | 1/4/14 08:49:46 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 45 | 50.178.244.63 | 1/4/14 08:59:23 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 46 | 71.194.44.6 | 1/4/14 09:26:15 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Crystal Lake |

| # | IP | Date/Time | File | Hash | ISP | State | City |
|---|---|---|---|---|---|---|---|
| 47 | 71.194.64.159 | 1/4/14 09:39:04 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 48 | 98.206.72.94 | 1/4/14 10:00:18 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Aurora |
| 49 | 98.228.226.96 | 1/4/14 10:03:00 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Arlington Heights |
| 50 | 71.57.17.2 | 1/4/14 10:25:26 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Des Plaines |
| 51 | 98.253.166.69 | 1/4/14 10:25:37 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Villa Park |
| 52 | 50.151.208.73 | 1/4/14 10:40:41 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Roselle |
| 53 | 71.194.163.106 | 1/4/14 11:15:41 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 54 | 68.57.233.47 | 1/4/14 11:22:59 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 55 | 71.201.237.60 | 1/4/14 11:51:46 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Villa Park |