# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC

                      Plaintiff,

v.                                              Case No.: 1:14–cv–02303
                                              Honorable Edmond E. Chang

Does 1–55

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: In light of the Court's opinion in reFX Audio Software v. Does 1–85, 2014 WL 1293816, at *5–6 (N.D. Ill. March 24, 2014) (Case Nos. 13 C 01790, 13 C 01793, 13 C 03524, 13 C 07494), the motion for early discovery [8] is denied because the complaint improperly joins the defendants. Plaintiff may file an amended complaint, if Plaintiff has the factual premise to do so, by 04/30/2014. Status hearing is set for 05/07/2014 at 10 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.