# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC

                          Plaintiff,

v.                                            Case No.: 1:14–cv–02303
                                              Honorable Edmond E. Chang

Does 1–55

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff's counsel reported that a subpoena was issued to the ISP in order to obtain Doe Defendant's identity (though counsel did not know when it was issued), and the subpoena response is expected in mid–July. Plaintiff will file an amended complaint naming the actual Defendant. Status hearing set for 07/30/2014 at 9:30 a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.